UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 5:14CR72 |
| v. | ) |
| [4] SALOMAN MALDONADO-GUILLEN | ) **ORDER TO DISMISS THE INDICTMENT** |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it relates to [4] SALOMAN MALDONADO-GUILLEN) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: October 28, 2019

Frank D. Whitney
Chief United States District Judge